IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA,    )
                             )    CRIMINAL ACTION NO.
     v.                      )      2:11cr049-MHT-WC
                             )          (WO)
AMOS LORRELL MATTHEWS,       )


OPINION

The magistrate judge having found that there is no probable cause to detain defendant Amos Lorrell Matthews, and both probation and the government having orally informed the magistrate judge that they agree that the petition for revocation of supervised release should be dismissed, it is ORDERED that the revocation petition (doc. no. 48) is dismissed.

DONE, this the 27th day of February, 2017.

                        /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE